**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Garibaldy Feliz Garcia,** | |
| **Plaintiff,** | **1:25-cv-10409 (VSB) (SDA)** |
| **-against-** | **ORDER** |
| **PennyMac Loan Services, LLC,** | |
| **Defendant.** | |

**STEWART D. AARON, United States Magistrate Judge:**

Plaintiff, proceeding *pro se*, filed the Complaint in this action on December 16, 2025. (Compl., ECF No. 1.) In accordance with Rule 4 of the Federal Rules of Civil Procedure, Plaintiff is responsible for having a summons and the Complaint served within 90 days after the Complaint is filed. *See* Fed. R. Civ. P. 4(b), (m).

As of the date of this Order, there is no indication that Plaintiff has requested issuance of a summons or attempted to serve Defendant with the summons and Complaint. It is hereby ORDERED that the deadline for Plaintiff to serve Defendant with a summons and Complaint is extended until April 16, 2026. If Plaintiff does not complete service and file proof of service by the extended deadline, or provide good cause for his failure to do so, his case can be dismissed without prejudice. *See* Fed. R. Civ. P. 4(m).

**SO ORDERED.**

Dated:    New York, New York
          March 17, 2026

_____
STEWART D. AARON
United States Magistrate Judge