**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Garibaldy Feliz Garcia,**

**Plaintiff,**

**-against-**

**PennyMac Loan Services, LLC,**

**Defendant.**

**1:25-cv-10409 (VSB) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's opposition to Defendant's motion to dismiss. (Pl.'s Opp., ECF No. 12.) It is hereby ORDERED that Defendant shall file any reply no later than July 23, 2026.

**SO ORDERED.**

Dated: New York, New York
July 9, 2026

Stewart d. Aaron

STEWART D. AARON
United States Magistrate Judge